STATE OF NEW JERSEY v. ROBERT N. ALSTON.

September 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WEISLAW KLIMKOWSKI.

September 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK WORTMAN.

September 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD WILLIAMS.

September 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BARRINGTON FORBES.

September 27, 1988.

Petition for certification denied.